ADAM BRAVERMAN
United States Attorney
CHRISTOPHER P. TENORIO
Assistant United States Attorney
California State Bar No. 166022
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-88935
Telephone: (619) 546-8413/Fax: (619) 546-0450
Email: christopher.tenorio@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 18MJ5056 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| MARIA GARCIA, | |
| Defendant. | |

TO:   THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Christopher P. Tenorio | 166022 | (619) 546-8413 | christopher.tenorio@usdoj.gov |

CPT:lf                                                                 1

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

DATED:  September 28, 2018          Respectfully submitted,

                                              ADAM BRAVERMAN
                                              United States Attorney

*S/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
christopher.tenorio@usdoj.gov

CPT:lf                                              2

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA GARCIA,<br><br>    Defendant. | Criminal Case No. 18MJ5056<br><br>CERTIFICATE OF SERVICE |

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least 18 years of age.  My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action.  I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the U.S. District Court for the Southern District of California using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2018         *s/Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
                                        Assistant United States Attorney

CPT:lf                                      3