# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br><u>　　　　Maria Garcia　　　　</u><br>*Defendant* | )<br>)<br>)  Case No. 18-MJ-5056-BGS<br>)<br>) |

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
☒ to obtain/review discovery
☒ to obtain/consider a pre-indictment offer from the United States
☐ other reason:

Date: 9/26/18

*Defendant's signature*

*Signature of defendant's attorney*

DEBRA A. DiIORIO        138018
*Printed name and bar number of defendant's attorney*

964 FIFTH AVENUE SUITE 214
SAN DIEGO, CA 92101
*Address of defendant's attorney*

debra_diioriohall@yahoo.com
*E-mail address of defendant's attorney*

619-544-1451
*Telephone number of defendant's attorney*

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to <u>10/22/18 @ 10AM "RNB"</u>

Date:  10/1/2018

Hon. Bernard G. Skomal
United States Magistrate Judge