FILED
Oct 22 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ roiannb   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>MARIA GARCIA,<br><br>                    Defendant. | Case No.  **18cr4535-JLS**<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |

The United States Attorney charges:

On or about September 24, 2018, within the Southern District of California, defendant MARIA GARCIA, did knowingly and intentionally import 500 grams and more, to wit: approximately 5.47 kilograms (12.01 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/22/18 .

ADAM L. BRAVERMAN
United States Attorney

CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

CPT:lml:10/19/2018