AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 22 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA GARCIA,<br><br>    Defendant. | Case No. 18cr4535-JLS<br><br>**WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 10/18/18

_____
Defendant

DATED: 10/18/18

_____
Defendant's Attorney

_____
JUDICIAL OFFICER

CPT:lml:10/3/2018